# U.S. Probation and Pretrial Services
## M E M O R A N D U M

—— FILED   —— ENTERED
—— LOGGED   —— RECEIVED

JAN 2 2 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____                DEPUTY

**DATE:** January 18, 2013

**TO:** The Honorable Deborah K. Chasanow
Chief U.S. District Judge

**FROM:** Ginger Miller
Senior U.S. Probation Officer

**SUBJECT:** **WEILER, Robert**
Docket No.: 06CR00279
Response to Travel Request

After reviewing Mr. Weiler's file, this officer has discovered that an error was made when the Court was advised that a final Peace Order was granted against Mr. Weiler on July 30, 2012. The report should have stated that the final Peace Order, requested by Mr. Weiler, was granted against the other party in the case. On August 2, 2012, a temporary Peace Order was granted against Mr. Weiler, which ended on August 13, 2012.

The admission by Mr. Weiler in regard to assaulting Ms. Kozelski was derived from the offender's own statement to police made immediately following the incident.

This office is not opposed to Mr. Weiler attending the March for Life Rally in Washington, D.C. on January 25, 2013 provided that the area in which he wishes to travel is not within an exclusion zone as determined by this office.

